IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | ) ) ) ) | 8:13CV168 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| GILBERT G. LUNDSTROM, DAVID L. HARTMAN, JAMES A. LAPHEN, RANDALL B. KIDD, DELMAR E. WILLIAMS, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, and ANN LINDLEY SPENCE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' stipulations (filings 58, 59),

IT IS ORDERED that Plaintiff's deadline to respond to Defendants' motions to dismiss (filings 44, 46) is extended to September 19, 2013.

DATED this 29th day of August, 2013.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge