IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GILBERT G. LUNDSTROM, DAVID L. HARTMAN, JAMES A. LAPHEN, RANDALL B. KIDD, DELMAR E. WILLIAMS, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, ANN LINDLEY SPENCE,<br><br>　　　　　　Defendants. | 8:13CV168<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)　　The parties' stipulation, (Filing No. 61), is granted.

2)　　FDIC-R's deadline for filing a motion to strike defendant Laphen's original answer is extended to September 19, 2013.

September 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge