IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | ) ) ) ) | 8:13CV168 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| GILBERT G. LUNDSTROM, DAVID L. HARTMAN, JAMES A. LAPHEN, RANDALL B. KIDD, DELMAR E. WILLIAMS, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, and ANN LINDLEY SPENCE, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the parties' (third) stipulations (filings 71, 72),

IT IS ORDERED that Plaintiff's deadline to respond to Defendants' motions to dismiss (filings 44, 46) is extended to October 24, 2013.

DATED this 3rd day of October, 2013.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge