IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | ) ) ) ) | 8:13CV168 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) ) | |
| GILBERT G. LUNDSTROM, DAVID L. HARTMAN, JAMES A. LAPHEN, RANDALL B. KIDD, DELMAR E. WILLIAMS, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, and ANN LINDLEY SPENCE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' stipulations (filings 75, 76, 77),

IT IS ORDERED that:

1.     Plaintiff's deadline to respond to Defendants' motions to dismiss (filings 44, 46) is extended to November 14, 2013.

2.     Plaintiff's deadline to file a motion to strike Defendant Laphen's answer (filing 55) is extended to November 15, 2013.

DATED this 24th day of October, 2013.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge