IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** As Receiver for TierOne Bank, | ) ) ) ) | Case No. 8:13-CV-168 |
| Plaintiff. | ) ) ) | |
| v. | ) ) | |
| **RICK D. LANGE,** as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation, | ) ) ) ) | |
| Intervenor, | ) ) | |
| v. | ) ) | |
| **GILBERT G. LUNDTROM; DAVID L. HARTMAN; JAMES A. LAPHEN; RANDALL B. KIDD; DELMAR E. WILLIAMS; CHARLES R. HOSKINS; CAMPBELL R. MCCONNELL; and ANN L. SPENCE,** | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## FIFTH STIPULATION TO EXTEND FDIC-R'S RESPONSE TO THE OUTSIDE DIRECTORS' MOTION TO DISMISS

Defendant Delmar E. Williams ("Williams") and Plaintiff FDIC-R hereby stipulate to extend the time for the FDIC-R to respond to Williams' Motion to Dismiss an additional twenty-on (21) days or until December 5, 2013.

On August 12, 2013, Williams filed his Motion to Dismiss. As per previous stipulations to extend the FDIC'S response, the due date for response is presently November 14, 2013. The FDIC-R and Mr. Williams continue to engage in active, ongoing negotiations of a potential settlement of the claims in this case, and are now circulating a settlement agreement, that would obviate the need for any further briefing on the Williams' Motion to Dismiss.

In the interest of judicial economy, Williams and the FDIC-R hereby respectfully request that this Court grant the Williams and FDIC-R's stipulation to extend the time for the FDIC-R to respond to Williams' Motion to Dismiss an additional twenty-one (21) days to include December 5, 2013.

DATED this 14th day of November, 2013.

        FEDERAL DEPOSIT INSURANCE
        CORPORATION, as Receiver for TierOne Bank,
        Plaintiff

By: */s Mark F. Enenbach*
    Mark F. Enenbach, #15202
    James J. Frost, #16560
    James J. Niemeier, #18838
    McGRATH, NORTH, MULLIN &
      KRATZ, PC LLO
    First National Tower, Suite 3700
    1601 Dodge Street
    Omaha, NE 68102
    (402) 341-3070
    (402) 341-0216 (facsimile)

    David Mullin, #14651600
    Robert R. Bell, #0787062
    Richard Biggs, #24064899
    MULLIN, HOARD LAW FIRM
    500 South Taylor, Suite 800
    Amarillo, TX 79120
    (806) 372-5050
    (806) 372-5086 (facsimile)

    *Attorneys for Plaintiff*

       Delmar E. Williams, Defendant

By: */s Victor E. Covalt, III*
    Victor E. Covalt, III #16539
    Ballew Covalt Hazen PC LLO
    1045 Lincoln Mall, Suite 200
    Lincoln, NE 68508
    (402) 436-3030
    (402) 436-3031 (facsimile)
    vcovalt@ballewcovalt.com

*Attorneys for Said Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of November 2013, I electronically filed the foregoing Stipulation with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

    */s Mark F. Enenbach*