IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE | ) | 8:13CV168 |
| CORPORATION, as Receiver for | ) | |
| TierOne Bank, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERT G. LUNDSTROM, | ) | |
| DAVID L. HARTMAN, JAMES A. | ) | |
| LAPHEN, RANDALL B. KIDD, | ) | |
| DELMAR E. WILLIAMS, | ) | |
| CHARLES W. HOSKINS, | ) | |
| CAMPBELL R. MCCONNELL, and | ) | |
| ANN LINDLEY SPENCE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulations (filings 83, 84),

IT IS ORDERED that: Plaintiff's deadline to respond to Defendants' motions to dismiss (filings 44, 46) is extended to December 5, 2013.

DATED this 18th day of November, 2013.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge