IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | ) ) ) ) | 8:13CV168 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| GILBERT G. LUNDSTROM, DAVID L. HARTMAN, JAMES A. LAPHEN, RANDALL B. KIDD, DELMAR E. WILLIAMS, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, and ANN LINDLEY SPENCE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulations (filings 94, 95),

IT IS ORDERED that: Plaintiff's deadline to respond to Defendants' motions to dismiss (filings 44, 46) is extended to January 20, 2014.

DATED this 6th day of January, 2014.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge