IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** As Receiver for TierOne Bank, <br><br>    Plaintiff. <br><br> v. <br><br> **RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation,** <br><br>    Intervenor, <br><br> v. <br><br> **GILBERT G. LUNDTROM; DAVID L. HARTMAN; JAMES A. LAPHEN; RANDALL B. KIDD; DELMAR E. WILLIAMS; CHARLES R. HOSKINS; CAMPBELL R. MCCONNELL; and ANN L. SPENCE,** <br><br>    Defendants. | Case No. 8:13-CV-168 |

## MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

The matters in issue in the above-entitled action have been resolved by and between Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, Defendants GILBERT G. LUNDTROM; DAVID L. HARTMAN; JAMES A. LAPHEN; RANDALL B. KIDD; DELMAR E. WILLIAMS; CHARLES R. HOSKINS; CAMPBELL R. MCCONNELL; and ANN L. SPENCE, and Intervenor RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation (collectively "the Parties").

Thus, the Parties now file this *Motion for Dismissal with Prejudice* and request the Court to enter an Agreed Order of Dismissal. The Parties also agree that all parties shall bear their own attorneys' fees and costs incurred in the Lawsuit and a complete record is waived.

Agreed to by:

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, Plaintiff

By:/s/ David Mullin

Mark F. Enenbach, #15202
James J. Frost, #16560
James J. Niemeier, #18838
McGRATH, NORTH, MULLIN & KRATZ, PC LLO
First National Tower, Suite 3700
1601 Dodge Street Omaha, NE 68102
(402) 341-3070
(402) 341-0216 (facsimile)

David Mullin, #14651600
Robert R. Bell, #0787062
Richard Biggs, #24064899
MULLIN, HOARD LAW FIRM
500 South Taylor, Suite 800
Amarillo, TX 79120
(806) 372-5050
(806) 372-5086 (facsimile)

*Attorneys for Plaintiff FDIC-R*

GILBERT G. LUNDSTROM, and DAVID HARTMAN, Defendants

By: /s/ Gregory C. Scaglione

Gregory C. Scaglione
Minja Herian
KOLEY JESSEN P.C., L.L.O.
1125 S. 103rd St., Suite 800
Omaha, NE 68124
greg.scaglione@koleyjessen.com
minja.herian@koleyjessen.com

*Attorneys for Said Defendant.*

JAMES A. LAPHEN, Defendant

By: /s/ Ed Warin

Ed Warin
Thomas J. Kenny
Edward M. Fox, II
KUTAK ROCK, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Edward.Warin@kutakrock.com
thomas.kenny@kutakrock.com
edward.fox@kutakrock.com

*Attorneys for Said Defendant.*

RICK D. LANGE, as Chapter 7 Trustee

By: /s/ Stephen C. Biggs
    Richard R. Thomas, AZ Bar No. 010484
    Stephen C. Biggs, AZ Bar No. 026684
    SMITH LC
    8777 East Via De Ventura, Suite 315
    Scottsdale, Arizona 85258
    E: rthomas@smith-lc.com
    E: sbiggs@smith-lc.com
    T: 480-361-8575
    F: 480-350-7309

*Attorneys for Intervenor*
Ann Lindley Spence, Defendant

By: /s/ Sam Jensen
    Sam Jensen
    Richard N. Berkshire
    BERKSHIRE, BURMEISTER FIRM
    1301 South 75th Street, Suite 100
    Omaha, NE  68124
    sjensen@berkshire-law.com
    rberkshire@berkshire-law.com

*Attorneys for Said Defendant.*
RANDALL B. KIDD, Defendant

By: /s/ Paras B. Barnett
    Paras B. Barnett
    EMMEL, KLEGERMAN LAW FIRM
    8352 West Warm Springs Road
    Suite 310
    Las Vegas, NV 89113
    (702) 476-1000
    (702) 722-6185 (fax)
    pbarnett@ekcounsel.com

    Thomas J. Culhane
    ERICKSON, SEDERSTROM LAW FIRM
    10330 Regency Parkway Drive
    Suite 100
    Omaha, NE 68114
    culhane@eslaw.com

*Attorneys for Said Defendant.*

CHARLES W. HOSKINS and CAMPBELL R. MCCONNELL, Defendants,

By: /s/ Michael L. Cebula
    Michael L. Cebula
    J. Kevin McCall
    JENNER & BLOCK
    353 N. Clark Street
    Chicago, IL 60654-3456
    MCebula@jenner.com
    JMcCall@jenner.com

*Attorneys for Said Defendants.*

Delmar Williams, Defendant

By: /s/ Victor E. Covalt III
    Victor E. Covalt III
    BALLEW COVALT PC LLO
    1045 Lincoln Mall Suite 200
    Lincoln, NE 68508
    vcovalt@ballewcovalt.com

*Attorney for Said Defendant.*