IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, <br><br> Plaintiff, <br> v. <br><br> RICK D. LANGE, as Chapter 7 Trustee of the Bankruptcy Estate of TierOne Corporation, <br><br> Intervenor, <br> v. <br><br> GILBERT G. LUNDSTROM, DAVID L. HARTMAN, JAMES A. LAPHEN, RANDALL B. KIDD, DELMAR E. WILLIAMS, CHARLES W. HOSKINS, CAMPBELL R. MCCONNELL, and ANN LINDLEY SPENCE, <br><br> Defendants. | 8:13CV168 <br><br><br><br> JUDGMENT |

Pursuant to the parties' joint motion (filing 105), and Fed.R.Civ.P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 24th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge